UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 4-CR-07-012 |
| | ) | |
| v. | ) | (Judge Jones) |
| | ) | |
| ISAAC STEVEN TRITT | ) | (ELECTRONICALLY FILED) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about November 29, 2006, in Shiremanstown, Cumberland County, Pennsylvania and within the Middle District of Pennsylvania, the defendant,

**ISAAC STEVEN TRITT**

falsely assumed and pretended to be an officer or employee acting under the authority thereof, that is, an agent of the United States Central Intelligence Agency, an agency of the United States, and in such assumed and pretended character did act as such, in that he entered a school, falsely identified himself as an agent of the Central Intelligence Agency, presented the principal with a search warrant and demanded papers, documents and other things of value, that is,

student files, access to students and falsely claimed authority to take students into custody.

All in violation of Title 18, United States Code, Section 912.


_Thomas E. Marino_
THOMAS A. MARINO
UNITED STATES ATTORNEY


_January 12, 2007_
DATE