UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07-CR-012 |
| | ) | |
| v. | ) | (Judge Jones ) |
| | ) | |
| ISAAC STEVEN TRITT, | ) | (ELECTRONICALLY FILED) |
| | ) | |
| Defendant. | ) | |

### PRAECIPE

**TO: MARY E. D'ANDREA, CLERK**

Please issue a summons against the above named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. [Defendant's counsel, R. Mark Thomas, Esquire, 101 South Market Street, Mechanicsburg, PA 17055-3851, may be served by United States mail.]

THOMAS A. MARINO
UNITED STATES ATTORNEY

/s/ Gordon A.D. Zubrod
GORDON A.D. ZUBROD
ASSISTANT U.S. ATTORNEY
228 Walnut Street
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-2246
Gordon.Zubrod@usdoj.gov
PA BAR #20792

Dated: January 12, 2007