UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 4:CR-07-012 |
| | ) | |
| v. | ) | (Judge Jones) |
| | ) | |
| ISAAC STEVEN TRITT, | ) | |
| | ) | (ELECTRONICALLY FILED) |
| Defendant. | ) | |

## ORDER

AND NOW, this 1st day of November, 2007, upon consideration of the Government's motion, it appearing that the Defendant, Isaac Steven Tritt has complied with the terms and conditions set forth in the Pretrial Diversion Agreement, it is hereby

ORDERED that the Information filed against the above-named Defendant is DISMISSED.

JOHN E. JONES III
UNITED STATES DISTRICT JUDGE